

**SR&A** STRONGIN ROTHMAN & ABRAMS, LLP

NEW YORK
50 Broadway, Suite 2003
New York, NY 10004
Tel 212.931.8300 • Fax 212.931.8310

NEW JERSEY
70 South Orange Ave., Suite 215
Livingston, NJ 07039
Tel 973.758.9301• Fax 973.758.9302

WWW.SRALAWFIRM.COM

DAVID ABRAMS
dabrams@sralawfirm.com
Direct 212.931.8303

May 17, 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

**VIA ELECTRONIC FILING**

Magistrate Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

MAY 22 2006

P.M.

Re: Yanouskiy, as Administrator for Stanitskyy v. Eldorado Logistics, et al.
Docket No.: 05-CV-2202 (SJ) (JMA)
Our File No.: 810-3012

Dear Judge Azrack:

This firm represents defendants in the above wrongful death action. Kindly accept this as a status report and request to "so-order" the briefing dates set forth below. Defendants previously filed their motion to dismiss this case based on lack of personal jurisdiction, and other grounds. The court permitted plaintiff discovery limited to the jurisdictional issues. On May 5, 2006 the defendants provided their responses to plaintiff's interrogatories and discovery demands. (Plaintiff's counsel had previously consented to extend defendant's time to respond to interrogatories due to defendant's difficulties in obtaining the requested information and documents.)

Accordingly, as per your Honor's prior ruling at the January 9, 2006 status conference, plaintiff's opposition papers are due on June 5, 2006 and defendant's reply papers are due June 19, 2006.

Thank you for your consideration of this matter. If you have any questions, please contact me at your convenience.

Respectfully submitted,

s/David Abrams

DAVID ABRAMS

DA/sa

cc:
**VIA FACSIMILE: (212) 406-5884**
Andrew Pillersdorf, Esq.
Gary B. Pillersdorf and Associates, P.C.
225 Broadway, Suite 1000
New York, NY 10007

App granted

s/JMA

USMJ

5/18/06

MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS ORDER
ON ALL PARTIES UPON RECEIPT