

**SR&A** STRONGIN ROTHMAN & ABRAMS, LLP

NEW YORK
50 Broadway, Suite 2003
New York, NY 10004
Tel 212.931.8300 • Fax 212.931.8319

NEW JERSEY
70 South Orange Ave., Suite 215
Livingston, NJ 07039
Tel 973.758.9301• Fax 973.758.9302

WWW.SRALAWFIRM.COM

DAVID ABRAMS
dabrams@sralawfirm.com
Direct 212.931.8303

August 3, 2006

**VIA ELECTRONIC FILING**

Magistrate Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Yanouskiy, as Administrator for Stanitskyy v. Eldorado Logistics, et al.
Docket No.:   05-CV-2202 (SJ) (JMA) ENV
SRA Matter No.:   810-3012

Dear Judge Azrack:

This firm represents defendants in the above matter. On consent of plaintiff's counsel, it is respectfully requested that defendants' time to reply to plaintiff's opposition to defendants' motion to dismiss be extended two weeks from August 4, 2006 to August 18, 2006. This request is made in order for defendants to obtain necessary additional information to respond to plaintiff's opposition. No prior request has been made for an extension of the time to reply. Thank you for your consideration of this matter. Please contact me if you have any questions.

Respectfully submitted,

s/ David Abrams

DAVID ABRAMS (DA-4758)

DA/sa

cc:
**VIA FACSIMILE: (212) 406-5884**
Andrew Pillersdorf, Esq.
Gary B. Pillersdorf and Associates, P.C.
225 Broadway, Suite 1000
New York, NY 10007

*app granted*
*Joan M Azrack*
*USMJ*
*8/8/06*