IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV674 |
| v. | ) ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, and STOUGHTON TRAILERS LLC., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

      This matter is before the Court on the motion for substitution of attorneys (Filing No. 42).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that said motion is granted; the law firm of Baylor, Evnen, Curtiss, Grimit & Witt, LLP, is substituted as attorneys for defendants.  The law firm of Strongin, Rothman & Abrams, LLP, is no longer counsel for said defendants.

      DATED this 23rd day of January, 2007.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court