IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YURIY YANOUSKIY,               )        8:06CV674
                               )
          Plaintiff,           )        ORDER
                               )
     vs.                       )
                               )
ELDORADO LOGISTICS SYSTEMS     )
INC., et al.,                  )
                               )
          Defendants.          )
_____)
```

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 44).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, March 6, 2007, at 8:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 8th day of February, 2007.

> BY THE COURT:
>
> /s/ Lyle E. Strom
> _____
> LYLE E. STROM, Senior Judge
> United States District Court