```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

YURIY YANOUSKIY, as            )
Administrator of the Estate    )
of VITALIY STANITSKYY,         )
deceased,                      )
                               )
              Plaintiff,       )          8:06CV674
                               )
         v.                    )
                               )
ELDORADO LOGISTICS SYSTEM,     )
INC., RAVINDER SINGH HEER,     )
and STOUGHTON TRAILERS LLC.,   )
                               )
              Defendants.      )
_____)
NATALIYA PARSHINA,             )
                               )
              Plaintiff,       )          8:07CV95
                               )
         v.                    )
                               )
ELDORADO LOGISTICS SYSTEM,     )          ORDER
INC., RAVINDER SINGH HEER,     )
STOUGHTON TRAILERS LLC.,       )
YURIY YANOUSKIY, as            )
Administrator of the Estate    )
of VITALIY STANITSKYY,         )
deceased, and THUNDER          )
TRANSPORTATION CO.,            )
                               )
              Defendants.      )
_____)
```

These matters are before the Court after a planning conference was held with counsel. Pursuant thereto,

IT IS ORDERED:

1) These actions are consolidated for purposes of discovery;

2) The amended complaint (Filing No. 46) filed by plaintiffs in 8:06CV674 is deemed properly filed.

3) The parties shall have until April 2, 2007, to submit briefs as to whether the Court has jurisdiction in 8:07CV95).

4) A further planning conference in these matters will be held:

**Monday, April 30, 2007, at 8:30 a.m.**

The parties may participate by telephone.

DATED this 19th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court