IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YURIY YANOUSKIY, as              )
Administrator of the Estate      )
of VITALIY STANITSKYY,           )
deceased,                        )
                                 )
              Plaintiff,         )       8:06CV674
                                 )
        v.                       )
                                 )
ELDORADO LOGISTICS SYSTEM,       )
INC., RAVINDER SINGH HEER,       )
STOUGHTON TRAILERS LLC., and     )
THUNDER TRANSPORTATION CO., a    )
corporation,                     )
                                 )
              Defendants.        )
_____)
NATALIYA PARSHINA,               )
                                 )
              Plaintiff,         )       8:07CV95
                                 )
        v.                       )
                                 )
ELDORADO LOGISTICS SYSTEM,       )       ORDER
INC., RAVINDER SINGH HEER,       )
STOUGHTON TRAILERS LLC.,         )
YURIY YANOUSKIY, as              )
Administrator of the Estate      )
of VITALIY STANITSKYY,           )
deceased, and THUNDER            )
TRANSPORTATION CO.,              )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on plaintiff Yuriy Janouskiy's motion for leave to file a second amended complaint (Filing No. 60). The Court notes defendants have no objection thereto. Accordingly,

IT IS ORDERED that said plaintiff's motion is granted; he shall have until April 18, 2007, to file a second amended complaint.

DATED this 11th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court