IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YURIY YANOUSKIY, | ) | 8:06CV674 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ELDORADO LOGISTICS SYSTEMS | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS ORDERED that a scheduling conference with the undersigned is rescheduled for:

**Thursday, May 17, 2007, at 8:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 4th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court