IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV674 |
| v. | ) ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, STOUGHTON TRAILERS LLC., and THUNDER TRANSPORTATION CO., a corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

After conference with counsel,

IT IS ORDERED:

1) The parties shall exchange their initial Rule 26(a)(1) disclosures on or before May 25, 2007.

2) The defendants shall file their summary judgment motions on or before June 15, 2007.

3) Plaintiff shall have until July 30, 2007, to respond to said motions.

4) A further planning conference will be scheduled at the time of the ruling on said motions for summary judgment.

DATED this 17th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court