IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YURIY YANOUSKIY, as            )
Administrator of the Estate    )
of VITALIY STANITSKYY,         )
deceased,                      )
                               )
            Plaintiff,         )        8:06CV674
                               )
       v.                      )
                               )
ELDORADO LOGISTICS SYSTEM,     )        ORDER
INC., RAVINDER SINGH HEER,     )
STOUGHTON TRAILERS LLC., and   )
THUNDER TRANSPORTATION CO., a  )
corporation,                   )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiff's letter/motion for extension of time (Filing No. 75). Accordingly,

IT IS ORDERED that said motion is granted; plaintiffs shall have until August 6, 2007, to reply to defendants' motions for summary judgment.

DATED this 31st day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court