IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV674 |
| v. | ) ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, STOUGHTON TRAILERS LLC., and THUNDER TRANSPORTATION CO., a corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on defendants' objection to plaintiff's motion to extend brief deadline (Filing No. 76). The Court finds said objection should be denied as moot. Accordingly,

IT IS ORDERED that said objection is denied as moot.

DATED this 1st day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court