IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

YURIY YANOUSKIY, as            )
Administrator of the Estate    )
of VITALIY STANITSKYY,         )
deceased,                      )
                               )
            Plaintiff,         )         8:06CV674
                               )
     v.                        )
                               )
ELDORADO LOGISTICS SYSTEM,     )         ORDER
INC., RAVINDER SINGH HEER,     )
STOUGHTON TRAILERS LLC., and   )
THUNDER TRANSPORTATION CO., a  )
corporation,                   )
                               )
            Defendants.        )
_____)

      This matter is before the Court on defendant Stoughton Trailer's motion for leave to file a brief in reply to plaintiff's brief in opposition to Stoughton's motion for summary judgment (Filing No. 83), and defendants Eldorado Logistics System, Inc., Ravinder Singh Heer and Stoughton Trailer's motion to file a brief in reply to plaintiff's brief in opposition to defendants' motion for summary judgment (Filing No. 84).  The Court finds said motions should be granted.  Accordingly,

      IT IS ORDERED that said motions are granted.  The briefs are deemed timely filed.

      DATED this 31st day of August, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court